IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| -vs- | ) | Criminal No. 3-22 |
| | ) | |
| MELVIN DONALD WALKER, JR., | ) | |
| | ) | |
| Defendant. | ) | |

AMBROSE, District Judge.

### ORDER OF COURT

AND NOW, this _5th_ day of _Jan._, 2006, upon consideration of defendant's motion for extension of time to file pretrial motions, it is hereby ORDERED that said motion be and the same hereby is, GRANTED: *(Doc. No. 45)*

It is further ORDERED that the extend time within which defendant may file pretrial motions be excluded under Title 18 U.S.C. §3161(h)(8)(A), since the Court finds that the additional period is necessary to enable counsel for the Defendant to adequately investigate and prepare pretrial motions and the Court finds that the ends of justice served by the granting of this motion outweigh the best interests of the Defendant and the public in a speedier trial;

It is further ORDERED that any additional pretrial motions referred to in Local Rule 12.1 are due on or before _2/2/06_ .
In addition, the government shall respond on or before _2/16/06_ .
A Hearing on Pretrial Motions has been scheduled for _3/1/06 at 11:00am_

BY THE COURT:

_Donetta W. Ambrose_
Donetta W. Ambrose,
Chief U. S. District Judge